# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2018

## NO. 03-18-00250-CV

**Unity Friendship Baptist Church, Appellant**

**v.**

**Walton Homes LLC, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on June 30, 2016. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.